# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, as Class Representatives for the certified ZIMMERMANN ACTION CLASSES.<br>Plaintiff(s)<br><br>v.<br><br>EPSTEIN BECKER and GREEN, P.C. ET AL.,<br>Defendant(s) | CIVIL ACTION NO. 3:09-30194 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Epstein Becker and Green, P.C. et al., against the plaintiffs' Andrew Zimmermann, et al., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                                    **SARAH A. THORNTON**,
                                                    CLERK OF COURT

Dated: July 8, 2010             By /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                           [jgm.]